UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL ANTOINE NICOLAS | CIVIL ACTION |
| VERSUS | NO. 07-4642 |
| FEDERAL EMERGENCY MANAGEMENT ADMINISTRATION, ET AL. | SECTION "N"  (4) |

## ORDER AND REASONS

Presently before the Court are Plaintiff's "Motion for Reconsideration" and Chase Home Finance LLC's "Motion to Set for Hearing Motion for Disbursement of Funds" (Rec. Docs. 39 and 41).  **IT IS ORDERED** that Plaintiff's motion is **DENIED** to the extent that he seeks to withdraw the funds deposited into the registry of the Court without judicial review of the amount of those funds that should be made payable to Plaintiff's attorneys.  Similarly, **IT IS ORDERED** that Chase's motion is **GRANTED** to the extent that, pursuant to 28 U.S.C. §636, Federal Rule of Civil Procedure 72, and Local Rule 73.3E, the matter is referred to United States Magistrate Judge Roby for preparation of a report and recommendation regarding the propriety of the amount of the deposited funds that Plaintiff seeks to have made payable to his counsel as attorney's fees and costs. The parties shall be directed by Magistrate Judge Roby as to a briefing schedule and whether oral argument and/or an evidentiary hearing are warranted.

New Orleans, Louisiana, this 20th day of December 2010.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE