UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL ANTOINE NICOLAS, ET AL | CIVIL ACTION |
| VERSUS | NO. 07-4642 |
| FEDERAL EMERGENCY MANAGEMENT ADMINISTRATION, ET AL | SECTION "N" (4) |

## O R D E R

The Court, having considered the motion, response, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation filed by Chase Home Finance, LLC (Rec. Doc. No. 51) on April 29, 2011, and concurring in the result reached by the United States Magistrate Judge, hereby adopts her disposition of issues raised in this matter. Therefore,

**IT IS ORDERED** that the **Plaintiff's Motion for Reconsideration (Rec. Doc. No. 39)** is **GRANTED**.

**IT IS FURTHER ORDERED** that the funds currently in the Registry of the Court shall be withdrawn in the following manner: (1) $6,249.98 be disbursed to the Plaintiff's attorney's firm, Gauthier, Houghtaling and Williams, for attorneys' fees and costs, and (2) $9,682.10 be made payable to the plaintiff, Michael Antoine-Nicolas and Chase Home Finance, LLC.

New Orleans, Louisiana, this 20th day of May, 2011.

_____
**KURT D. ENGELHARDT**
**United States District Judge**